OWENS v. BLACKBURN et al.

(Supreme Court, Appellate Division, First Department. April 3, 1914.)

Appeal from Special Term, New York County.

Action by John B. Owens against Joseph E. Blackburn, impleaded with another. From an interlocutory judgment sustaining a demurrer to the complaint, plaintiff appeals. Reversed, and demurrer overruled.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and HOTCHKISS, JJ.

Cornelius W. Wickersham, of New York City, for appellant.

Herman Kahn, of New York City, for respondent.

LAUGHLIN, J. This is an action on a nonnegotiable promissory note in the same form, so far as the questions presented for decision are concerned, as that considered in the opinion in Owens v. Blackburn et al., 146 N. Y. Supp. 966, decided herewith; and the complaint here is to the same effect as in the other action, with the exception that only one cause of action is set forth, and it is here alleged that the plaintiff paid the note at maturity.

The points being the same, the opinion in the other case, to which reference has been made, is controlling, and requires that the interlocutory judgment be reversed, and demurrer overruled, with costs, with leave to respondent to withdraw the demurrer and answer on payment of the costs of the demurrer and of the appeal. All concur.